**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BENJAMIN HARRIS STIPE, | : | Civil No. 1:24-CV-01894 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 10th day of March, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 39, is **ADOPTED**.

2) Plaintiff's objection, Doc. 40, is **OVERRULED**.

3) This action is consolidated with 1:23-CV-01368 and all future filings shall be docketed in that case.

4) Defendant's motion to dismiss, Doc. 11, is **DENIED AS MOOT**.

5) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
